**Abatement Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00126-CV
_____

**CINDY MICHELLE JOHNSON, NICOLE MICHELLE LEE AND VICKIE JOHNSON ROBINSON AKA VICKIE MARIE JOHNSON, Appellants**

**V.**

**FALLON CARLIN, Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2015-00062**

## ABATEMENT ORDER

Notice was filed on May 14, 2016 that appellant, Cindy Johnson, is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on April 4, 2016, Johnson petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Texas under case number 16-40603. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the

appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM